Form ntchrgRq

# UNITED STATES BANKRUPTCY COURT
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

---

Bankruptcy Proceeding No.: 18−82024
Chapter: 7
Judge: Thomas M. Lynch

In Re:
   Christine M Stone
   aka Tina Stone
   720 Chelsea Dr
   Algonquin, IL 60102

Social Security No.:
   xxx−xx−3131

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISMISSAL OF CASE

PLEASE TAKE NOTICE that a hearing will be held at:

   327 South Church Street, Room 3100, Rockford, IL 61101

   on November 5, 2018 at 09:00 AM

TO CONSIDER AND ACT UPON THE FOLLOWING: The dismissal of your case for failure to file required documents.

FOR THE COURT

Dated: October 10, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

Form ntchrgRq

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Western Division*
*327 South Church Street*
*Rockford, IL 61101*

In Re:

Christine M Stone
720 Chelsea Dr
Algonquin, IL 60102
SSN: xxx−xx−3131 EIN: N.A.

Case No. :   18−82024
Chapter :   7
Judge :   Thomas M. Lynch

**FINAL NOTICE OF DEFICIENCY AND**
**HEARING ON DISMISSAL OF CASE**

Section 521 of the Bankruptcy Code requires debtors to complete and file certain documents in their cases. Under Bankruptcy Rule 1007, the deadline for filing the completed documents is 14 days after the case is filed.

The Clerk has determined that the 14−day deadline has passed in this case and you have failed to file or complete the following required documents or request an extension of time to do so:

· **Statement of Financial Affairs (Form 107/207).**
· **Schedule A−B (Form 106A/B).**
· **Schedule C (Form 106C).**
· **Schedule D (Form 106D).**
· **Schedule E/F (Form 106E/F).**
· **Schedule G (Form 106G).**
· **Schedule H (Form 106H).**
· **Schedule I (Form 106I).**
· **Schedule J (Form 106J).**

Under 11 U.S.C. § 521(i) of the Bankruptcy Code, this case will be dismissed for failure to file the above documents within 45 days after the date of the filing of the petition. If you wish to prevent the dismissal of this case, you or your attorney must appear at the hearing in this matter on the date in the attached notice.

If you are represented by an attorney, please contact your attorney for guidance.

FOR THE COURT

Dated: October 10, 2018

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:  
Christine M Stone  
     Debtor

Case No. 18-82024-TML  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-3     User: cshabez     Page 1 of 1     Date Rcvd: Oct 10, 2018  
                 Form ID: ntchrgRq    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2018.
```
db             +Christine M Stone,    720 Chelsea Dr,    Algonquin, IL 60102-2926
27102236       +BancGroup Mortgage Corporation,    1653 Barclay Blvd.,    Buffalo Grove, IL 60089-4544
27102237        Centegra Health Systems,    POB 650292,    Dallas, TX 75265-0292
27102235       +CitiMortgage Inc.,    1000 Technology Drive,    O'Fallon, MO 63368-2240
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 12, 2018            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2018 at the address(es) listed below:
```
              Gloria C  Tsotsos    on behalf of Creditor    U.S. Bank National Association as Legal Title Trustee
               for Truman 2016 SC6 Title Trust nd-two@il.cslegal.com
              Gloria C  Tsotsos    on behalf of Creditor    U.S Bank National Association as Legal Title Trustee
               for Truman 2016-SC6 Title Trust nd-two@il.cslegal.com
              Joseph D Olsen     Jolsenlaw@comcast.net, il46@ecfcbis.com
              Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
                                                                                             TOTAL: 4
```